## P. C. NICOLAYSEN et al. v. CONSOLIDATED HOLDING COMPANY et al.

### No. 2250.

Circuit Court of Appeals, Tenth Circuit.

June 25, 1941.

Robert R. Rose, of Casper, Wyo., for appellants.

Irwin Clawson, Jesse R. S. Budge, and Dey, Hoppaugh, Mark & Johnson, all of Salt Lake City, Utah, for appellees.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure diligently to prosecute.

## George C. YAUNT v. Milton F. AMRINE, Warden, Kansas State Penitentiary, Lansing, Kansas.

### No. 2327.

Circuit Court of Appeals, Tenth Circuit.

June 16, 1941.

No one for appellant.

Jay S. Parker, Atty. Gen., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for the reason that the transcript of record does not contain a certificate by the trial court that probable cause exists for the appeal.